

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00192-CR

Jason **AUSTRAW-OVERSTREET**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR11346
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 30, 2025.

_____
Adrian A. Spears II, Justice